279 So.2d 575

### Ex parte Earl FLANNAGIN

v.

### STATE.

### 8 Div. 413.

Court of Criminal Appeals of Alabama.

June 12, 1973.

Robert Straub, Decatur, and C. E. Carmichael, Tuscumbia, for petitioner.

No brief for respondent.

CATES, Presiding Judge.

Flannagin has filed a petition for a writ of error alleging that his death sentence for first degree murder is an error of law apparent on the record under Furman v. Georgia, 408 U.S. 238, 92 S.Ct. 2726, 33 L.Ed.2d 346.

Flannagin's former case on appeal may be found in 48 Ala.App. 559, 266 So.2d 637.

Technically, we should issue the writ, have the record brought up and pass upon it to ascertain what every one knows, to wit: that Flannagin is under sentence to be electrocuted. Inasmuch as the record on appeal, supra, contains the circuit court's minute entry showing the death sentence, we pass over the steps of asking for and receiving a formal certification. See Ward v. Williams, 270 Ill. 547, 110 N.E. 821; Cook v. City of Austin, 161 Tex. 294, 340 S.W.2d 482. See Aaron v. State, 49 Ala. App. 402, 272 So.2d 609.

On authority of Hubbard v. State, 290 Ala. 118, 274 So.2d 298, we hereby modify the death sentence into one of imprisonment for life. The necessary mandate shall issue to the clerk of the circuit court of Lawrence County as in *Hubbard*, supra, provided.

Judgment modified.

All the Judges concur.

281 So.2d 665

### Billy Joe HALL

v.

### STATE.

### 8 Div. 198.

Court of Criminal Appeals of Alabama.

June 26, 1973.

The following order has been entered in the above case:

June 26, 1973. After remandment by the Alabama Supreme Court. It Is Ordered that the judgment of the Circuit Court be affirmed on authority of Hall v. State, 1973, 291 Ala. 397, 281 So.2d 662. Per Curiam. (No Opinion).

All judges concur except CATES, P. J., not sitting.